```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  LINDON MORRISON,                                          :
                                                            :
                                  Plaintiff,                :
                                                            :              23-CV-6943 (VSB)
                  -against-                                 :
                                                            :                  **ORDER**
  JSP LIFE AGENCY, INC., JOSE NICANOR                       :
  RODRIGUEZ, NIEVES RODRIGUEZ,                              :
                                                            :
                                                            :
                                  Defendants.               :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Pursuant to the Court's order dated September 29, 2023, the parties were to "apprise the Court of the mediation and the proposed date for filing the joint letter and case management plan." (Doc. 16.) To date, the parties have not done so. Accordingly, the parties are directed to submit a joint letter updating the Court on the status of the case, including regarding the mediation scheduled for October 27, 2023, and to propose a date by which the joint letter and case management plan will be filed.

SO ORDERED.

Dated:   November 3, 2023
             New York, New York

                                                                      _____
                                                                Vernon S. Broderick
                                                                United States District Judge