USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/9/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDON MORRISON,

        Plaintiff,

-against-

JSP LIFE AGENCY INC. d/b/a JSP HOME CARE SERVICES, JOSE NICANOR RODRIGUEZ, and NIEVES RODRIGUEZ,

        Defendant.

23-CV-6943 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

    The Court has received and reviewed the parties' joint letter, filed June 17, 2024 (Dkt. 27), attaching their fully-executed Settlement Agreement (Dkt. 27-1). Having carefully reviewed the financial and non-financial terms of the Settlement Agreement, the Court finds that they are fair and reasonable as required by *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015). Accordingly, the proposed Settlement Agreement is APPROVED. Pursuant to paragraph 2.3 of the Settlement Agreement, plaintiff must file a stipulation of dismissal upon receipt of the payments discussed in paragraphs 2.1 and 2.2 thereof.

Dated: New York, New York
       October 9, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**