UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDON MORRISON,

        Plaintiff,

-against-

JSP LIFE AGENCY INC. d/b/a JSP HOME CARE SERVICES, JOSE NICANOR RODRIGUEZ, and NIEVES RODRIGUEZ,

        Defendant.

23-CV-6943 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

On October 9, 2024, this Court approved the parties' proposed Settlement Agreement. (Dkt. 27.) Section 2.3 of the Agreement provides that "Plaintiff will . . . file a Stipulation of Dismissal upon receipt of payment, by counsel, as outlined in paragraphs 2.1 and 2.2 above."

No Stipulation of Dismissal has been filed, and no other activity has taken place in this matter since the Court's approval of the Agreement. It is hereby ORDERED that, no later than **November 22, 2024**, the parties must file either a Stipulation of Dismissal or a joint status letter updating the Court as to the status of the required payment.

Dated: New York, New York
       November 15, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**