```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LINDON MORRISON, individually and on behalf of all
others similarly situated,

                Plaintiff,

    -against-

JSP LIFE AGENCY INC. d/b/a JSP HOME CARE
SERVICES, JOSE NICANOR RODRIGUEZ and NIEVES
RODRIGUEZ, as individuals,

                Defendants.
------------------------------------------------------------------X

Case No.
23-cv-6943

**MEMO ENDORSED**

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND ORDERED** that the above-captioned action and all claims asserted therein by Plaintiffs are hereby dismissed in their entirety and with prejudice as against all Defendants, pursuant to FRCP 41(a)(ii), without costs.

**HELEN F. DALTON & ASSOCIATES, P.C**

By: _____
Katelyn M. Schillaci, Esq.
80-02 Kew Gardens Road, Suite 601
Kew Gardens, New York 11415
718-263-9591
katelyn@helendalton.com
*Attorneys for Plaintiff*
Dated: December 4, 2024

**RIVKIN RADLER LLP**

By: _____
John Diviney, Esq.
Deborah Isaacson, Esq.
926 RXR Plaza
Uniondale, New York 11556
516-357-3000
john.diviney@rivkin.com
deborah.isaacson@rivkin.com
*Attorneys for Defendants*
Dated: December 4, 2024

**SO ORDERED:**

_____
Barbara Moses, U.S.M.J.
Dated: December 5, 2024